## Commonwealth *v.* Rembert, Appellant.

Submitted September 14, 1970. *Allan H. Gordon,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.